**Opinion issued December 19, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00380-CR

————————————

**RICKEY JOINER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Case No. 1686563**

---

## MEMORANDUM OPINION

Appellant, Rickey Joiner, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Further, more than ten

days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).